UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor Deutsche Bank National Trust Company, as Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-9HGA,

In Re:

Deborah P Ferguson

Case No.: 18-27161

Chapter: 13

Hearing Date: 11/28/18

Judge: Jerrold N. Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Objection to Confirmation filed on September 07, 2018 ; Docket 18

_____

Date: 9-10-2018

/s/ Denise Carlon
Signature

*rev.8/1/15*