UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William F. Saldutti, III, Esquire (WS5719)
Saldutti Law Group
800 N. Kings Highway, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
wsaldutti @slgcollect.com
Attorneys for Creditor, Apex Mortgage Corp

In Re:
DEBORAH P. FERGUSON

Case No.: 18-27161

Chapter: 13

Judge: JNP

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Apex Mortgage Corp. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Saldutti Law Group
800 N. Kings Highway, Suite 300
Cherry Hill, NJ 08034
wsaldutti@slgcollect.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 10/09/2018

/s/ William F. Saldutti, III
Signature

*new.8/1/15*