Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–27161–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Deborah P Ferguson
 808 Maple Ave.
 Linwood, NJ 08221

Social Security No.:
 xxx–xx–8079

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑ An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 11/5/2018 in the amount of $ 75.00 has not been received by the Clerk,

☐ The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 11/20/18 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 11/20/18.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Jerrold N. Poslusny Jr. on

Date: November 27, 2018
Time: 10:00AM
Location: Courtroom 4C
Address:   Mitchell H. Cohen Courthouse
   1 John F. Gerry Plaza
   400 Cooper Street
   Camden, NJ 08101–2067

Dated: November 6, 2018
JAN: kvr

<u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge