Form oscmlfee – oscmlfeev27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.:  18−27161−JNP
                          Chapter:  13
                          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deborah P Ferguson
   808 Maple Ave.
   Linwood, NJ 08221

Social Security No.:
   xxx−xx−8079

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

   The Court having noted that:

   ☑     An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 11/5/2018 in the amount of $ 75.00 has not been received by the Clerk,

   ☐     The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 11/20/18 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 11/20/18.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Jerrold N. Poslusny Jr. on

Date: November 27, 2018
Time: 10:00AM
Location: Courtroom 4C
Address:   Mitchell H. Cohen Courthouse
              1 John F. Gerry Plaza
              400 Cooper Street
              Camden, NJ 08101−2067

Dated: November 6, 2018
JAN: kvr

<u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:
Deborah P Ferguson
    Debtor

Case No. 18-27161-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Nov 06, 2018
                 Form ID: oscmlfee   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
db        +Deborah P Ferguson,   808 Maple Ave.,   Linwood, NJ 08221-1855

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2018 23:45:41    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
                                                                                                        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
         kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Rhonda E. Greenblatt    on behalf of Debtor Deborah P Ferguson regrose64@yahoo.com,
         greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William F. Saldutti, III    on behalf of Creditor    Apex Mortgage Corp wsaldutti@slgcollect.com,
         cflannery@slgcollect.com
                                                                                                           TOTAL: 6