UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on November 27,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Deborah P Ferguson

Case No.: 18-27161

Hearing Date: _____

Judge: JNP

## ORDER VACATING ORDER OF DISMISSAL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 27, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court, on its own motion, finds that the Order of Dismissal entered in the above-captioned case was entered in error and must be vacated; and for good cause shown, it is

ORDERED that said Order of Dismissal, dated _____11/27/2018_____ be and the same is hereby vacated.