UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Rhonda E. Greenblatt, Esq.
222 New Road, Suite 302
Linwood, NJ 08221
(609) 927-9227 (Phone)
(609) 927-9233 (Fax)
Attorney for the Debtor(s)

Case No.    18-27161

Chapter:    13

Judge:    Poslusny, Jr.

In Re:

DEBORAH P. FERGUSON

Debtor(s)

**Order Filed on March 4, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby ORDERED.

**DATED: March 4, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on:

Property:   808 Maple Avenue, Linwood, NJ 08221

Creditor:  DEUTSCHE BANK NATIONAL TRUST COMPANY, ET. AL.

and a Request for

☒ Extension of the 90-day Loss Mitigation Period having been filed by Rhonda E. Greenblatt, Esq. Attorney for the Debtor(s) and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ~~05/28/2019~~ 6/3/2019

The Loss Mitigation Period is terminated, effective_____

Revised 9/19/13

2