UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Rhonda E. Greenblatt, Esq.
222 New Road, Suite 302
Linwood, NJ 08221
(609) 927-9227 (Phone)
(609) 927-9233 (Fax)
Attorney for the Debtor(s)

Case No.   18-27161

Chapter:   13

Judge:   Poslusny, Jr.

In Re:

DEBORAH P. FERGUSON

Debtor(s)

Order Filed on March 4, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby ORDERED.

**DATED: March 4, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on:

Property:   808 Maple Avenue, Linwood, NJ 08221

Creditor:  DEUTSCHE BANK NATIONAL TRUST COMPANY, ET. AL.

and a Request for

- [x] Extension of the 90-day Loss Mitigation Period having been filed by Rhonda E. Greenblatt, Esq. Attorney for the Debtor(s) and for good cause shown

- [ ] Early Termination of the Loss Mitigation Period having been filed by _____ and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ~~XXXXXXXX~~ 6/3/2019

The Loss Mitigation Period is terminated, effective _____

Revised 9/19/13

2

United States Bankruptcy Court
District of New Jersey

In re:  
Deborah P Ferguson  
    Debtor

Case No. 18-27161-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 04, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.  
db            +Deborah P Ferguson,    808 Maple Ave.,    Linwood, NJ 08221-1855

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor    Deutsche Bank National Trust Company Et Al...  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
           summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Kevin Gordon McDonald     on behalf of Creditor    Deutsche Bank National Trust Company Et Al...  
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Rhonda E. Greenblatt     on behalf of Debtor Deborah P Ferguson regrose64@yahoo.com,  
           greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William F. Saldutti, III     on behalf of Creditor    Apex Mortgage Corp wsaldutti@slgcollect.com,  
           cflannery@slgcollect.com  
                                                                                                                                           TOTAL: 7