Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−27161−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deborah P Ferguson
   808 Maple Ave.
   Linwood, NJ 08221

Social Security No.:
   xxx−xx−8079

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on July 7, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 38 − 36
Order Granting Application for Extension of Loss Mitigation (Related Doc # 36). Loss Mitigation Period Extended to: 10/4/2019. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/7/2019. (kvr)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 7, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Deborah P Ferguson  
    Debtor

Case No. 18-27161-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 08, 2019  
    Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.  
db    +Deborah P Ferguson,   808 Maple Ave.,   Linwood, NJ 08221-1855  
lm    +Deutsch Bank National trust Company,   2000 Avenue of the Stars,   Los Angeles, CA 90067-4700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2019 at the address(es) listed below:  
    Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company Et Al...   dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Kevin Gordon McDonald   on behalf of Creditor   Deutsche Bank National Trust Company Et Al...   kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Rhonda E. Greenblatt   on behalf of Debtor Deborah P Ferguson regrose64@yahoo.com, greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    William F. Saldutti, III   on behalf of Creditor   Apex Mortgage Corp wsaldutti@slgcollect.com, cflannery@slgcollect.com  
    TOTAL: 7