UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Rhonda E. Greenblatt, Esq.
222 New Road, Suite 302
Linwood, NJ 08221
(609) 927-9227 (Phone)
(609) 927-9233 (Fax)
Attorney for the Debtor(s)

Case No.: 18-27161

Chapter: 13

Judge: Poslusny, Jr.

**Order Filed on July 7, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

DEBORAH P. FERGUSON

Debtor(s)

ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby ORDERED.

**DATED: July 7, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on:

Property:   808 Maple Avenue, Linwood, NJ 08221

Creditor:  DEUTSCHE BANK NATIONAL TRUST COMPANY, ET. AL.

and a Request for

☒ Extension of the 90-day Loss Mitigation Period having been filed by Rhonda E. Greenblatt, Esq. Attorney for the Debtor(s) and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ~~09/03/2019~~.   10/4/2019

The Loss Mitigation Period is terminated, effective_____

Revised 9/19/13

2

United States Bankruptcy Court
District of New Jersey

In re:
Deborah P Ferguson
　　　Debtor

Case No. 18-27161-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 08, 2019
　　　　　　　　　　　　Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
db　　　　　+Deborah P Ferguson,    808 Maple Ave.,    Linwood, NJ 08221-1855

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2019 at the address(es) listed below:
　　　　　Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
　　　　　 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
　　　　　 summarymail@standingtrustee.com
　　　　　Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
　　　　　Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
　　　　　 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　Rhonda E. Greenblatt    on behalf of Debtor Deborah P Ferguson regrose64@yahoo.com,
　　　　　 greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com
　　　　　U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
　　　　　William F. Saldutti, III    on behalf of Creditor    Apex Mortgage Corp wsaldutti@slgcollect.com,
　　　　　 cflannery@slgcollect.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7