**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Rhonda E. Greenblatt, Esq.
222 New Road, Suite 302
Linwood, NJ 08221
(609) 927-9227 (Phone)
(609) 927-9233 (Fax)

**Order Filed on July 12, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Deborah P. Ferguson,

Debtor

Case No.:    18-27161-JNP

Chapter:    13

Judge:    Poslusny, Jr.

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following

**DATED: July 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of Rhonda E. Greenblatt, Esq., Attorney for Deborah P. Ferguson, Debtor for a reduction of time for a hearing on the Notice to Approve Settlement under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___July 23, 2019___ at ___10 am___ in the United States Bankruptcy Court, U.S. Court House and Post Office, 401 Market Street, Camden, NJ 08101 _, Courtroom No.4C.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Rhonda E. Greenblatt, Esq. ,222 New Road, Suite 302, Linwood, NJ 08221

Isabel C. Balboa, Trustee,Cherry Tree Corporate Center,535 Route 38-Suite 580,Cherry Hi Hill, NJ 08002.

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: ___all creditors___

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

2

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.