UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Rhonda E. Greenblatt, Esq.
222 New Road, Suite 302
Linwood, NJ 08221
(609) 927-9227 (Phone)
(609) 927-9233 (Fax)

Order Filed on July 12, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Deborah P. Ferguson,

Debtor

Case No.:   18-27161-JNP

Chapter:   13

Judge:   Poslusny, Jr.

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following

**DATED: July 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of Rhonda E. Greenblatt, Esq., Attorney for Deborah P. Ferguson,

Debtor for a reduction of time for a hearing on the Notice to Approve Settlement under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___July 23, 2019___ at __10 am__ in the United States Bankruptcy Court, U.S. Court House and Post Office, 401 Market Street, Camden, NJ 08101 _, Courtroom No.4C.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Rhonda E. Greenblatt, Esq. ,222 New Road, Suite 302, Linwood, NJ 08221

Isabel C. Balboa, Trustee,Cherry Tree Corporate Center,535 Route 38-Suite 580,Cherry Hi Hill, NJ 08002.

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: ___all creditors___

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

2

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute said motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

United States Bankruptcy Court
District of New Jersey

In re:  
Deborah P Ferguson  
    Debtor

Case No. 18-27161-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 12, 2019  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.  
db    +Deborah P Ferguson,   808 Maple Ave.,   Linwood, NJ 08221-1855

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2019 at the address(es) listed below:  
    Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Kevin Gordon McDonald   on behalf of Creditor   Deutsche Bank National Trust Company Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Rhonda E. Greenblatt   on behalf of Debtor Deborah P Ferguson regrose64@yahoo.com, greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    William F. Saldutti, III   on behalf of Creditor   Apex Mortgage Corp wsaldutti@slgcollect.com, cflannery@slgcollect.com

    TOTAL: 7