**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−27161−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deborah P Ferguson
   808 Maple Ave.
   Linwood, NJ 08221

Social Security No.:
   xxx−xx−8079

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/17/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 17, 2019
JAN: kvr

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-27161-JNP
Deborah P Ferguson                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                Page 1 of 3              Date Rcvd: Jul 17, 2019
                                Form ID: 148               Total Noticed: 77

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
```
db          +Deborah P Ferguson,    808 Maple Ave.,     Linwood, NJ 08221-1855
aty         +Amira Irfan,    RAS Citron,    130 Clifton Road,    Suite 202,    Fairfield, NJ 07004-2927
517724676   +ARMC Anesthesiologists,    PO Box 8500-1521,     Philadelphia, PA 19178-0001
517724673   +Amira Irfan, Esq. & Richard Citron, Esq.,     RAS Citron,    130 Clifton Rd., Ste. 202,
              Fairfield, NJ 07004-2927
517724674   +Apex Asset Management LLC,    2501 Oregon Pike, Ste. 102,     Lancaster, PA 17601-4890
517833636   +Apex Mortgage Corp,    Saldutti Law Group,    800 N. Kings Highway, Suite 300,
              Cherry Hill, NJ 08034-1511
517724677   +Aterso01,   PO Box 1022,    Wixom, MI 48393-1022
517724678   +Atlantic Medical Imaging LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
517724684   +Bayfront Emergency Physician,    56 W. Main Street, Ste. 305,     Christiana, DE 19702-1503
517724685   +Bayfront Emergency Physicians,    100 Medical Center Dr.,     Somers Point, NJ 08244-2300
517724686   +Bayfront Urgent Care,    DBA Shore Urgent Care,    PO Box 7920,    Belfast, ME 04915-7900
517724695   +Chase Corporation,    PO Box 24696,    Columbus, OH 43224-0696
517724697    Citibank South Dakota,    PO Box 30281,    Sioux Falls, SD 57117
517724698   +City of Linwood,    400 Poplar Avenue,    Linwood, NJ 08221-1899
517724699   +City of Linwood/County of Atlantic,     400 Poplar Avenue,    Linwood, NJ 08221-1853
517724700   +Coastal Jersey Eye Center, LLC,     2021 New Rd., Ste. 6,    Linwood, NJ 08221-1045
517724707    DSNB/Macys,   PO Box 8218,    Monroe, OH 45050
517752673   +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517724705   +Direct Loan Svc. System,    PO Box 5609,    Greenville, TX 75403-5609
517724706   +Division of Taxation,    Individual Soil Accts,    PO Box 190,    Trenton, NJ 08646-0190
517724709   +FBCS,   330 S. Warminster Rd., Ste 353,     Hatboro, PA 19040-3433
517724711   +Fred J. Nahas, MD PA,    Fred J. Nahas MD,    631 Shore Rd.,    Somers Point, NJ 08244-2483
517724715    HSBC Bank Nevada, N.A.,    1111b Town Center Drive,    Las Vegas, NV 89144
517724714   +Hayt, Hayt, Landau, LLC,    Martin Rubin, Esq.,    Two Industrial Way West,
              Eatontown, NJ 07724-2279
517724716   +Infection Limited East, P.C.,    Linwood Commons Ste., F-1,     2106 New Road,
              Linwood, NJ 08221-1046
517724719   +LA Weight Loss,    26 Barnes Industrial Road N.,    Wallingford, CT 06492-1847
517724724   +New Jersey Gross Income Tax,    PO Box 046,    Trenton, NJ 08601-0046
517726885   +Nicole Mistroff,    808 Maple Avenue,    Linwood, NJ 08221-1855
517724725   +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
517724726   +Penn Medicine,    Patient Pay,    P.O. Box 824406,    Philadelphia, PA 19182-4406
517724728   +Rickart Collection Systems, Inc.,     575 Milltown Road,    P.O. Box 7242,
              North Brunswick, NJ 08902-7242
517724729   +SLS Specialized Loan Services,    8742 Lucent Blvd., Ste 300,     Highlands Ranch, CO 80129-2386
517724722   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: New Jersey Division of Taxation,     Bankruptcy Unit,
              50 Barack Street, 9th Floor,    P.O. Box 245,    Trenton, NJ 08695)
517724730   +State of New Jersey,    PO Box 283,    Trenton, NJ 08646-0283
517724731    Syncb/Walmart,    P.O. Box 965024,    Norfolk, VA  23502
517724736   +US Department of Education,    61 Forsyth St., SW,    Suite 19T40,    Atlanta, GA 30303-8919
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2019 23:54:24      U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2019 23:54:23      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
lm          +EDI: WFFC.COM Jul 18 2019 03:28:00     Deutsch Bank National trust Company,
              2000 Avenue of the Stars,    Los Angeles, CA 90067-4700
517768358    EDI: BECKLEE.COM Jul 18 2019 03:28:00      American Express National Bank,
              c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
517724675   +E-mail/Text: pseymour@apexmtg.com Jul 17 2019 23:53:53      Apex Mortgage Corp.,
              1 Walnut Grove Drive, Ste. 300,    Horsham, PA 19044-2201
517724679   +E-mail/Text: nicole.watts@atlanticare.org Jul 17 2019 23:53:27      AtlantiCare Regional Med Center-Anesthe,     65 W. Jimmie Leeds Road,    Pomona, NJ 08240-9102
517724680   +E-mail/Text: maria.herron@atlanticare.org Jul 17 2019 23:54:27      AtlantiCare Surgery Center,
              2500 English Creek Road, Ste. 70101,    Egg Harbor Township, NJ 08234-5549
517724681    EDI: BANKAMER.COM Jul 18 2019 03:28:00      Bank of America,    PO Box 982238,
              El Paso, TX 79998
517724710    EDI: BANKAMER.COM Jul 18 2019 03:28:00      FIA Card Services NA,    PO Box 982235,
              El Paso, TX 79998
517724682   +EDI: BANKAMER2.COM Jul 18 2019 03:28:00      Bank of America NA,    100 N. Tryon St.,
              Charlotte, NC 28202-4000
517724683   +EDI: TSYS2.COM Jul 18 2019 03:28:00     Barclays Bank of Delaware,    125 S. West Street,
              Wilmington, DE 19801-5014
517724687   +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jul 17 2019 23:55:17
              Berks Credit & Collection,    900 Corporate Drive,    Reading, PA 19605-3340
517724688   +EDI: WFNNB.COM Jul 18 2019 03:28:00     Boscovs,    PO Box 659622,   San Antonio, TX 78265-9622
```

```
District/off: 0312-1          User: admin              Page 2 of 3                Date Rcvd: Jul 17, 2019
                              Form ID: 148             Total Noticed: 77


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517724689      EDI: CAPITALONE.COM Jul 18 2019 03:28:00     CAPITAL ONE BANK USA,    PO Box 85015,
                Richmond, VA 23285
517724690     +EDI: CAPITALONE.COM Jul 18 2019 03:28:00     Capital One Bank USA NA,    PO Box 30281,
                Salt Lake City, UT 84130-0281
517795261      EDI: BL-BECKET.COM Jul 18 2019 03:28:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
517724691     +E-mail/Text: bankruptcy@cavps.com Jul 17 2019 23:54:43      Cavalry Portfolio Services,
                500 Summit Lake Drive, Ste. 400,    Valhalla, NY 10595-2322
517724692     +E-mail/Text: bankruptcy@cavps.com Jul 17 2019 23:54:44      Cavalry SPV I, LLC,
                500 Summit Lake Drive,   Valhalla, NY 10595-1340
517728595     +E-mail/Text: bankruptcy@cavps.com Jul 17 2019 23:54:44      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517724694     +EDI: CHASE.COM Jul 18 2019 03:28:00     Chase BP,    PO Box 15298,   Wilmington, DE 19850-5298
517724693     +EDI: CHASE.COM Jul 18 2019 03:28:00     Chase Bank USA, NA,    PO Box 15298,
                Wilmington, DE 19850-5298
517724696     +EDI: CITICORP.COM Jul 18 2019 03:28:00     Citibank South Dakota,    PO Box 6497,
                Sioux Falls, SD 57117-6497
517724701     +EDI: CONVERGENT.COM Jul 18 2019 03:28:00     Convergent Outsourcing, Inc.,    800 SW 39th St.,
                PO Box 9004,   Renton, WA 98057-9004
517724702     +E-mail/Text: csd1clientservices@cboflanc.com Jul 17 2019 23:54:52
                Credit Bureau of Lancaster,    218 W. Orange Street,    Lancaster, PA 17603-3746
517724703      EDI: RCSDELL.COM Jul 18 2019 03:28:00     Dell Financial Services,    Payment Processing Center,
                PO Box 6403,   Carol Stream, IL 60197
517724704     +EDI: WFFC.COM Jul 18 2019 03:28:00     Deutsche Bank National Trust Company,
                2000 Avenue of the Stars,    Los Angeles, CA 90067-4700
517724708     +E-mail/Text: DANA@EARTHTECH.BIZ Jul 17 2019 23:55:15      Earth Contracting Inc.,    155 Route 50,
                Ocean View, NJ 08230-1299
517724712     +EDI: RMSC.COM Jul 18 2019 03:28:00     GE Capital,    901 Main Avenue,    Norwalk, CT 06851-1168
517724713     +EDI: RMSC.COM Jul 18 2019 03:28:00     GE Money Bank,    1600 Summer Street, 5th Floor,
                Stamford, CT 06905-5125
517724717     +EDI: IRS.COM Jul 18 2019 03:28:00     Internal Revenue Service,
                Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517724718     +E-mail/Text: bncnotices@becket-lee.com Jul 17 2019 23:53:39      Kohls/Capital One,
                P.O. Box 3115,   Milwaukee, WI 53201-3115
517724720     +EDI: LTDFINANCIAL.COM Jul 18 2019 03:28:00     LTD Financial Services,
                7322 Southwest Freeway, Ste., 1600,    Houston, TX 77074-2134
517767706      EDI: RESURGENT.COM Jul 18 2019 03:28:00     LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517724721     +EDI: MID8.COM Jul 18 2019 03:28:00     Midland Credit Mgmt., Inc.,
                2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
517724727      EDI: PRA.COM Jul 18 2019 03:28:00     Portfolio Recovery Associates LLC,    120 Corporate Blvd.,
                Norfolk, VA 23502
517835146      EDI: PRA.COM Jul 18 2019 03:28:00     Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
517726311     +EDI: RMSC.COM Jul 18 2019 03:28:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517724732     +EDI: RMSC.COM Jul 18 2019 03:28:00     Synchrony Financial,    777 Long Ridge Road,
                Stamford, CT 06902-1247
517724734      EDI: TDBANKNORTH.COM Jul 18 2019 03:28:00     TD Bank,    Operations Center,    P.O. Box 219,
                Lewiston, ME 04243
517724733     +EDI: WTRRNBANK.COM Jul 18 2019 03:28:00     Target Card Services,    P.O. Box 660170,
                Dallas, TX 75266-0170
517724735     +E-mail/Text: bankruptcydepartment@tsico.com Jul 17 2019 23:55:01      Transworld Systems Inc.,
                Collection Agency,    500 Virginia Dr., Ste 514,    Fort Washington, PA 19034-2707
                                                                                               TOTAL: 41

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Apex Mortgage Corp,    Saldutti Law Group,   800 N. Kings Highway, Suite 300,
               Cherry Hill, NJ 08034-1511
517724723*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: New Jersey Division of Taxation,     Bankruptcy Unit,
                50 Barack Street, 9th Floor,    P.O. Box 245,   Trenton, NJ 08695)
517826378*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    P.O. Box 245,   Trenton, NJ 08695-0245)
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin                Page 3 of 3          Date Rcvd: Jul 17, 2019
                              Form ID: 148               Total Noticed: 77
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rhonda E. Greenblatt    on behalf of Debtor Deborah P Ferguson regrose64@yahoo.com,
               greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William F. Saldutti, III    on behalf of Creditor    Apex Mortgage Corp wsaldutti@slgcollect.com,
               cflannery@slgcollect.com
                                                                                             TOTAL: 7
```