| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |

Order Filed on July 17, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

DEBORAH P. FERGUSON

Case No.: 18-27161-JNP

Hearing Date: July 3, 2019  10:00 am

Judge:  Jerrold N. Poslusny Jr.

Chapter: 13

# ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: July 17, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to attend the Section 341(a) meeting
- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee
- failure to provide all required documents to the Trustee

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $2750.00 to be paid from funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Deborah P Ferguson  
      Debtor

Case No. 18-27161-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 17, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.  
db        +Deborah P Ferguson,   808 Maple Ave.,   Linwood, NJ 08221-1855

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:  
           Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company Et Al...  
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
            summarymail@standingtrustee.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Kevin Gordon McDonald   on behalf of Creditor   Deutsche Bank National Trust Company Et Al...  
            kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Rhonda E. Greenblatt   on behalf of Debtor Deborah P Ferguson regrose64@yahoo.com,  
            greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           William F. Saldutti, III   on behalf of Creditor   Apex Mortgage Corp wsaldutti@slgcollect.com,  
            cflannery@slgcollect.com  
                                                                                                    TOTAL: 7